UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

JAMES MUDD,

        Plaintiff,

v.

HOME DEPOT U.S.A., INC.

        Defendant.

Case No. 1:20-cv-00076-HAB-SLC

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff James Mudd and Defendant Home Depot U.S.A., Inc., all parties to this action, hereby stipulate to the dismissal of all claims in this cause of action in its entirety, with prejudice, the parties to bear their own costs, including attorneys' fees.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| */ s / Nathaniel O. Hubley* . | */ s / Craig M. Borowski* |
| John C. Theisen | Craig M. Borowski (#22280-49) |
| Nathaniel O. Hubley | Bianca V. Black (#33701-53) |
| THEISEN & ASSOCIATES, LLC | LITTLER MENDELSON, P.C. |
| 810 South Calhoun Street, Suite 200 | 111 Monument Circle, Suite 702 |
| Fort Wayne, IN 46802 | Indianapolis, IN 46204 |
| Telephone: (260) 422-4255 | Telephone: (317) 287-3600 |
| Email: jtheisen@theisen-associates.com | Email: cborowski@littler.com |
|       nhublay@theisen-associates.com |       bblack@littler.com |
| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |

4811-1143-9814.1 059802.1198